UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al.,        )
                                                      )
            Plaintiffs,                            )
                                                      )
        vs.                                          )            Case No. 4:11CV01790 ERW
                                                      )
RACKLEY BUILDING GROUP, LLC,      )
                                                      )
            Defendant.                           )

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs' Motion for Contempt [ECF No. 12] and

the Court's Order to Show Cause and Setting of Contempt Hearing [ECF No. 14].

**I.        BACKGROUND FACTS**

On April 4, 2012, Clerk's Default was entered against Defendant Rackley Building

Group, LLC, for failure to Answer or otherwise respond to Plaintiffs' Complaint.  On April 9,

2012, this Court issued an Order Compelling Accounting, ordering Defendant to submit to a

financial examination for determination of amount owed to Plaintiffs.  Defendant was ordered to

provide to Plaintiffs within thirty (30) days, all of its books, ledgers, payroll records, cash

disbursement ledgers, bank statements and other documents reflecting or pertaining to all hours

worked by and wages paid to Defendant's employees since July 14, 2010.  As of this date,

Defendant has failed to comply with all Orders of this Court.

Plaintiffs filed their Motion for Contempt on June 5, 2012, asking this Court for an Order

holding Defendant in civil contempt of court for its failure to comply with the April 9, 2012

Order Compelling Accounting.  In support of their Motion, Plaintiffs submitted the Affidavit of

Janine M. Martin, who attested that she had mailed a copy of the Order Compelling Accounting

to Cardin Rackley, principal of Defendant, by letter dated April 10, 2012.  Ms. Martin further

attested that Defendant had not complied with the Order and had not initiated contact with

Plaintiffs to discuss compliance.

On June 7, 2012, this Court entered its Order to Show Cause and Setting of Contempt

Hearing, requiring the presence of Plaintiff's counsel and Defendant at a hearing to be held on

June 20, 2012, at 3:30 p.m.  The Court further ordered Cardin Rackley, as registered agent for

Defendant, to appear before the Court on that date and show cause why he should not be held in

Contempt of Court for failure to comply with Orders of this Court directing him to produce the

necessary documents to complete the audit in this matter.

Neither Cardin Rackley nor any legal representative for Defendant appeared at the June

20 hearing.  Defendant has not submitted to a financial examination or produced the documents

as ordered.

## II.     MOTION FOR CONTEMPT

Federal Rule of Civil Procedure 37(b)(2)(A) provides that "[i]f a party or a party's officer,

director, or managing agent – or a witness designated under Rule 30(b)(6) or 31(a)(4) fails to

obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a),

the court where the action is pending may issue further just orders."  The sanctions permitted by

the rule include "treating as contempt of court the failure to obey any order except an order to

submit to a physical or mental examination."  Fed. R. Div. P. 37(b)(2)(A)(vii).  An order of

contempt may be entered after the Court enters an order compelling discovery.  *Schleper v. Ford*

*Motor Co., Auto. Div.*, 585 F.2d 1367, 1371 (8th Cir. 1978).

This Court has provided the Defendant several opportunities to respond to its Order

Compelling Accounting, but it has failed to do so.  Moreover, Defendant and its registered agent,

Cardin Rackley, failed to appear at the June 20 hearing.  Defendant and its registered agent

Cardin Rackley have acted in clear violation of this Court's Orders, and thus, the Court finds

Defendant and its registered agent Cardin Rackley in Civil Contempt of Court, pursuant to the

Court's authority under Federal Rule of Civil Procedure 37(b).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant and its registered agent Cardin Rackley are

found in Civil Contempt of this Court.  Defendant and its registered agent Cardin Rackley are

hereby fined $200.00 daily, beginning this date, and continuing until contempt is purged.

Defendant may purge itself of this contempt by producing the records and submitting to all terms

of the April 9, 2012 Order Compelling Accounting within ten (10) days of this Order.  A copy of

that Order [ECF No. 10] is appended.  Defendant's registered agent Cardin Rackley is ordered to

be in this Courtroom at **11:45 a.m.** on **July 24, 2012** for the purpose of demonstrating his full

compliance with the April 9, 2012 Order.

**IT IS FURTHER ORDERED** that if Defendant's registered agent Cardin Rackley fails

to produce the records and submit to all terms of the April 9, 2012 Order within ten (10) days of

this Order, the Court will enter an order requiring that his body be seized by the United States

Marshals Service and that he remain incarcerated until further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order

by regular and certified mail, return receipt requested, to Cardin Rackley, Registered Agent,

Rackley Building Group LLC, 5949 Washington Blvd., Apartment 1 West, St. Louis, Missouri

63146.

Dated this   6th   day of July, 2012.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE