UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, an employee benefit plan, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:11CV01790 TIA |
| RACKLEY BUILDING GROUP, LLC, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW**
**MOTION FOR CONTEMPT**

Plaintiffs move this Court to withdraw their motion for contempt and their motion for attorney's fees, with leave to refile same.  In support, plaintiffs state that they intend to attempt to locate a valid address for defendant and its principal officer.  Should same not be found, plaintiffs will likely dismiss this case.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri  63105
(314) 727-1015  Telephone
(314) 727-6804  Fax
jmartin@hammondshinners.com


       /s/  Janine M. Martin
JANINE M. MARTIN, #55240

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 24, 2012, the foregoing was filed electronically with the Clerk of the Court and mailed via United States Mail on the following nonparticipant in the Court's electronic filing system: Rackley Building Group, 5949 Washington Blvd., Apartment 1 West, St. Louis, MO 63146.

               /s/ Janine M. Martin
               JANINE M. MARTIN